IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON / GREENVILLE DIVISION

| | |
|---|---|
| ROBERT EICHELBERGER,<br><br>        Plaintiff,<br><br>vs.<br><br>CHAMPION AEROSPACE, INC.<br><br>        Defendant. | CASE NO. 8:08-cv-02990-RBH-BHH<br><br>JUDGE R. BRYAN HARWELL<br><br>**DEFENDANT CHAMPION AEROSPACE, INC.'S LOCAL RULE 26.01 INTERROGATORY RESPONSES** |

Defendant Champion Aerospace, Inc. ("Champion"), by and through its undersigned attorneys, hereby responds to the District of South Carolina Federal Local Rule 26.01 Interrogatories as follows:

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:** **Presently, Defendant is unaware of any persons or legal entities that may have a subrogation interest in the claims made in this matter.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:** **Plaintiff has demanded a jury trial.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:** **Defendant is not a publicly owned company. TransDigm Group Incorporated is a publicly owned company which owns 100% of TransDigm Inc. which owns 100% of Defendant.**

   (D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** **This matter was brought in the Court of Common Pleas, County of Pickens, Thirteenth Judicial Circuit, State of South Carolina, and was timely removed by Defendant to the United States District Court for the District of South Carolina, Anderson Division pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.**

   (E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.[1]

**ANSWER:** **Defendant is not aware of any related action in this District.**

*[signature on following page]*

---

[1] This information is required in addition to completion of the "related cases" block on the JS44 Civil Cover Sheet. Although the Civil Cover Sheet requires only that parties disclose *pending* related cases, this interrogatory and this District's assignment procedures require disclosure of *any prior or pending* related case whether civil or criminal. Therefore, both categories should be disclosed in response to this interrogatory as well as on the JS 44 Civil Cover Sheet.

Respectfully submitted,

*/s/ William H. Foster*
William H. Foster
Federal Bar. No. 6221
NELSON MULLINS RILEY & SCARBOROUGH LLP
Poinsett Plaza, Suite 900
104 South Main Street
Greenville, SC 29601-2122
Tel. (864) 250-2222
Fax (864) 250-2383
bill.foster@nelsonmullins.com

Todd H. Lebowitz (pro hac vice application pending)
BAKER & HOSTETLER LLP
1900 East Ninth Street
3200 National City Center
Cleveland, OH  44114-3485
Tel. (216) 621-0200
Fax (216) 696-0740
tlebowitz@bakerlaw.com

*Attorneys for Defendant Champion Aerospace, Inc.*